IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | |
| MIKEL D. JONES and : | No. 11-261 |
| DONA NICHOLS JONES : | |

## ORDER

**AND NOW**, this **7ᵗʰ** day of **February, 2012**, upon consideration of Defendants' Motion for Judgment of Acquittal or, in the Alternative, for New Trial, the Government's response thereto, Defendants' reply thereon, and for the reasons set forth in the Court's Memorandum dated February 7, 2012, it is hereby **ORDERED** that the motion (Document No. 87) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**