BMS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| --- | --- | --- |
| v. | : | |
| MIKEL JONES | : | |
| DONA NICHOLS JONES | : | 11-261 |

ORDER

BERLE M. SCHILLER J.

AND NOW, this 25 day of June, 2015, upon careful and independent consideration of the motion to vacate, set aside, or correct sentence filed by Mikel Jones, and the motion to vacate, set aside or correct sentence filed by Dona Jones, and after review of the Report and Recommendation of the United States Magistrate Judge Jacob P. Hart, and the objections thereto it is

ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Both motions to vacate, set aside, or correct sentence are DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.